**Dismissed and Opinion Filed February 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01579-CV

### FELICIA MONROE, Appellant
### V.
### PATRIOT BANK, Appellee

### On Appeal from the 416th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 416-04183-2011

## MEMORANDUM OPINION

Before Justices Bridges, O'Neill, and Murphy
Opinion by Justice Murphy

By postcard dated November 19, 2012, we notified appellant the $175 filing fee in this case was due. We cautioned appellant that failure to pay the fee within ten days might result in dismissal of this appeal. By letter dated January 22, 2013, we informed appellant that the Court had received notice from the Collin County District Clerk that the clerks record in this case had not been filed because appellant had not paid for the record. We directed appellant to provide the Court with written verification that she had paid for or made arrangements to pay for the clerk's record or that she had been found entitled to proceed without payment of costs. We cautioned appellant that failure to provide the Court with the required documentation within ten days might result in the dismissal of this appeal. To date, appellant has not paid the filing fee,

provided the Court with the required documentation regarding the clerk's record, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b),(c).


/Mary Murphy/
MARY MURPHY
JUSTICE

121579F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FELICIA MONROE, Appellant

No. 05-12-01579-CV        V.

PATRIOT BANK, Appellee

On Appeal from the 416th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 416-04183-2011.
Opinion delivered by Justice Murphy.
Justices Bridges and O'Neill participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee PATRIOT BANK recover its costs of this appeal from appellant FELICIA MONROE.

Judgment entered this 12th day of February, 2013.

/Mary Murphy/
MARY MURPHY
JUSTICE